**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TIFFANY M. ROANE,,

                Plaintiff,                          22 **CIVIL** 10704 (AEK)

     -v-                                     **JUDGMENT**


MARTIN O'MALLEY,,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 29, 2024, Plaintiff's motion for summary judgment (ECF No. 11) is DENIED and the Commissioner's cross-motion for judgment on the pleadings (ECF No. 14) is GRANTED. Judgment entered in favor of the Commissioner and the case is closed.

**Dated:**  New York, New York

      March 29, 2024

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                          **BY:**
                                                   _____
                                                       **Deputy Clerk**